IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-00643-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

STEVE CORENMAN,

    Defendant.

## DEFAULT JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and 55(b) and the Order filed on October 16, 2013 by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that default judgment is hereby entered in favor of Plaintiff Malibu Media, LLC, and against Defendant Steve Corenman, on Plaintiff's Motion for Entry of Default Judgment.  It is further

ORDERED that Defendant Corenman shall pay Plaintiff the sum of $13,500.00 in statutory damages and $2,995.00 for attorney's fees and costs.  It is further

ORDERED that Defendant Corenman shall permanently destroy all the digital media files relating to, and copies of, Plaintiff's copyrighted works made or used by him in violation of Plaintiff's exclusive rights, as well as all masters in his possession, custody or control from which such copies may be reproduced.  It is further

ORDERED that post-judgment interest shall accrue on the total amount of $16,495.00 at the legal rate of 0.14% per annum from the date of entry of judgment.

DATED at Denver, Colorado this 18th day of October, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

/s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk

APPROVED AS TO FORM:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE